[No. 12048-1-III.   Division Three.   May 27, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY D. TACKETT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 91-1-01223-8, William J. Grant, J., entered

November 18, 1991. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Sweeney, J.